

Case No: 3:12-cv-48

Addendum to the Petition for Habeas Corpus for Walter Fitzpatrick III,

I, Walter Fitzpatrick III, the man come into this district court of the United States under a flag of peace, under the law of nations, by way of this addendum to add my name and authorized autograph to the Habeas Corpus that was submitted on my behalf by my next friend MJ Blanchard under the above entitled case no : 3:12-cv-48, seeking relief through mandate and a three day order to show cause why federal habeas corpus relief should not immediately issue in the matter of Case No: 3:12-cv-48 for the causes of action for relief stated therein to vacate the STATE OF TENNESSE AND MONROE COUNTY COURT Inc Case No. 11-018 , Inc Case No. 10-213 and any and all other actions taken against me by the STATE OF TENNESSE AND MONROE COUNTY municipal corporate entities. Each are municipal corporate entities, each are concealing multiple frauds and their true nature and cause of their operations. Each are in fact an alter ego of the BANK and the FUND ,the real parties in interest who were represented by it's corporate Assistant District Attorney General James H. Stutts and District Attorney General Steve Bebb, a transnational corporate foreign agent pursuant to the Foreign Agents Registration Act (22 USC §612 et seq.). Respondent parties are in default and estopped for non response for the previously ignored Habeas Corpus citing constitutional and other grounds and are procedurally, substantively and jurisdictionally barred under the Eleventh, First, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, original Thirteenth and second Thirteenth article Amendments of the Bill of Rights of the US Constitution from asserting any lawful claims against me, the Petitioner nor against this and previously filed petitions for habeas corpus relief submitted on my behalf by my authorized next friend. Respondents are also in default because of his/their unlawful use of Fraud on the court using procedural phantoms and constitutionally prohibited, irregular on its face process. By willfully and intentionally denying my Fifth and Sixth Amendment due process in law protections to adversarially test their claims, their process shows A.I.D.(act, intent and damage). The basis of the Petitioner's original complaint was the unlawful blocking of the lawful pursuit of a treason compliant against a major national security threat being brought before the grand jury leading to Petitioner's subsequent arrest of those who prevented him from lawfully advancing his treason complaints to a lawfully competent grand jury. Each Respondent named, advanced a dishonest services fraud by not lawfully adhering to the original United States and Tennessee State constitutions and prerequisites as mandated in law and by their oaths. Access to a federal Grand Jury is demanded and is at issue. I, the Petitioner, reserve the right to amend, revise and correct as I see fit the Habeas Corpus to assert my constitutional protection of my rights in law.

WALTER FRANCIS FITZPATRICK, III, U.S. NAVY RETIRED

Walter Fitzpatrick III
Athens, TN
423-920-4370
U.S. NAVY
RETIRED

Witness my hand and seal:

Sharon E. Bright    2-15-12
NOTARY PUBLIC    DATE (seal)

My commission expires: 4-23-12

habeas sign adden

